```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NATALIIA KOVALCHUK,                                              JUDGMENT

                        Plaintiff,                               20-CV-1694 (AMD)
        v.

WILLIAM P. BARR, U.S. Attorney General;
CHAD WOLF, Secretary, Department of Homeland
Security; KENNETH T. CUCCINELLI, Acting Director,
United States Citizenship and Immigration Services,
LEE BOWES, District Director, New York District
Office, United States Citizenship Immigration Services,

                        Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 9, 2020, dismissing Plaintiff's Complaint and all claims therein pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party; it is

ORDERED and ADJUDGED that Plaintiff's Complaint and all claims therein are dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party; and that this dismissal is without prejudice to Plaintiff's right to reinstate this action if United States Citizenship and Immigration Services does not render a decision on Plaintiff's application for naturalization (Form N-400) within thirty (30) days of entry of judgment.

Dated:  Brooklyn, New York                         Douglas C. Palmer
        September 10, 2020                         Clerk of Court

                                           By:     /s/Jalitza Poveda
                                                   Deputy Clerk